UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Kinmonte Markell Brown**                             **Docket No. 5:22-CR-41-1BO**

**Petition for Action on Supervised Release**

COMES NOW Quanda L. Lunsford, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kinmonte Markell Brown, who, upon an earlier plea of guilty to Conspiracy to Deal in Firearms Without a License; Dealing Firearms Without a License; Possession of a Firearm with Obliterated Serial Number; and three counts of Felon in Possession of a Firearm, was sentenced by the Honorable William E. Smith, Chief U.S District Judge, on December 18, 2015, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Kinmonte Markell Brown was released from custody on March 12, 2021, at which time the term of supervised release commenced.

On January 4, 2022, a modification request to add Cognitive Behavioral Therapy was signed by the Honorable William E. Smith, Chief U.S District Judge, and transfer of jurisdiction was requested by the Eastern District of North Carolina.

On January 13, 2022, transfer of Jurisdiction to the Eastern District of North Carolina was completed. Case assigned to the Honorable Terrence W. Boyle.

On June 9, 2022, a modification request to add a Remote Alcohol Monitoring condition for 60 days was submitted to the court in response to the defendant being charged with Driving While Impaired (22CR207155) in Wake County, North Carolina on May 1, 2022. This case was later dismissed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 21, 2023, the defendant was issued a citation for Driving While License Revoked (23CR029393) in Wake County, North Carolina. This case remains pending in state court.

On September 19, 2023, the defendant was charged with Driving While Impaired (23CR415239) in Wake County, North Carolina. Brown admitted to having a problem with alcohol, when questioned about the incident. To address this issue, we are recommending the defendant continue in Cognitive Behavioral Therapy and enroll in Intensive Outpatient Substance Abuse therapy. We are also recommending the defendant complete 25 hours of community service.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 25 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Kinmonte Markell Brown
Docket No. 5:22-CR-41-1BO
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Maurice J. Foy
Maurice J. Foy
Supervising U.S. Probation Officer

/s/ Quanda L. Lunsford
Quanda L. Lunsford
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8801
Executed On: October 6, 2023

**ORDER OF THE COURT**

Considered and ordered this 10 day of October, 2023, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
United States District Judge